NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. SMITH,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ROBERT SUBIA, Warden<br><br>　　　　　Respondent. | No. C 07-3561 JF (PR)<br><br>ORDER OF DISMISSAL |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a previous habeas action in this Court, in case no. C 00-20261 JF (PR), challenging the same conviction and sentence raised in the instant petition. In case no. C 00-20261 JF (PR), the Court denied the petition on the merits on August 3, 2004. The Court will DISMISS the instant petition without prejudice as a second or successive petition pursuant to 28 U.S.C. § 2244(b).

## DISCUSSION

A district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence unless the claims presented in the previous petition were denied for failure to exhaust. See 28 U.S.C. § 2244(b)(1);

1  Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999).  Additionally, a district court
2  must dismiss any new claims raised in a successive petition unless the petitioner received
3  an order from the court of appeals authorizing the district court to consider the petition.
4      Here, the instant petition challenges the same conviction and sentence as the
5  previous petition, which was denied on the merits.  Petitioner has not presented an order
6  from the Ninth Circuit Court of Appeals authorizing this Court to consider any new
7  claims.  Accordingly, this Court must dismiss the instant petition in its entirety.  See 28
8  U.S.C. § 2244(b)(3)(A).

## CONCLUSION

10      The instant habeas petition is DISMISSED without prejudice as a second and
11  successive petition.  Petitioner's motion to proceed in forma pauperis (docket no. 2) is
12  DENIED as moot because Petitioner has paid the filing fee.  The Clerk shall terminate all
13  pending motions and close the file.
14      IT IS SO ORDERED.
15  DATED: 10/26/07

                            JEREMY FOGEL
                            United States District Judge

1  A copy of this order was mailed to the following:

3  David C. Smith
K-28740
4  Mule Creek State Prison
P.O. Box 409060
5  Ione, CA  95640