NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. SMITH,<br><br>        Petitioner,<br>vs.<br><br>ROBERT SUBIA, Warden<br><br>        Respondent. | No. C 07-3561 JF (PR)<br><br>JUDGMENT |

The Court has dismissed the instant habeas petition as a second or successive petition challenging the same conviction and sentence as Petitioner's earlier petition in case no. C 00-20261 JF (PR). See 28 U.S.C. § 2244(b). A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/29/07

                          JEREMY FOGEL
                          United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Smith561jud         1

1  A copy of this order was mailed to the following:

2

3  David C. Smith
   K-28740
4  Mule Creek State Prison
   P.O. Box 409060
5  Ione, CA  95640

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.07\Smith561jud            2